■ ROBERT MARSH, Respondent, v DAVID PHILLIPS et al., Appellants, et al., Defendants. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Marsh v Phillips* ([appeal No. 1] 167 AD2d 905 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Fudeman, J.—summary judgment.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.